FILED 18 MAY '23 12:21 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr- 00182-MC |
| v. | INDICTMENT |
| JOSHUA ALLEN LAMPE, | 18 U.S.C. § 922(o) <br> 26 U.S.C. § 5861(d) |
| Defendant. | Forfeiture Allegations |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Unlawful Possession of a Machinegun)**
**(18 U.S.C. § 922(o))**

On or about December 15, 2022, in the District of Oregon, defendant **JOSHUA ALLEN LAMPE**, did knowingly possess two machineguns, as defined in 26 U.S.C. § 5845(b), to wit:, two Polymer80 Inc., model PF940C, 9x19mm caliber pistols, each fitted with a machinegun conversion device, also referred to as a "switch," causing the pistols to shoot, be designed to shoot, and be readily restored to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

///

///

## COUNT 2
### (Possession of an Unregistered Silencer)
### (26 U.S.C. § 5861(d))

On or about December 15, 2022, in the District of Oregon, defendant **JOSHUA ALLEN LAMPE**, did knowingly possess a firearm, to wit: a silencer, as defined in 18 U.S.C. § 921(a)(25), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

### FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **JOSHUA ALLEN LAMPE** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm involved in that offense, including without limitation: two Polymer80 Inc., model PF940C, 9x19mm caliber pistols, fitted with machinegun conversion devices.

### SECOND FORFEITURE ALLEGATION

Upon conviction of the offense in Count 2, defendant **JOSHUA ALLEN LAMPE** shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, including without limitation: a silencer measuring approximately eight inches in length.

Dated: May 18, 2023.                                         A TRUE BILL.

                                                             ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
                                                             OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ William M. McLaren*
WILLIAM M. McLAREN
Assistant United States Attorney